Order entered February 24, 2021



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00869-CV

## IN RE DRISTI SHRESTHA, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-00728-E**

## ORDER
Before Justices Myers, Molberg, and Goldstein

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus.

/s/ KEN MOLBERG
   JUSTICE